**TOWN OF SANDY CREEK v. E. COAST CONTR'G, INC.**

[366 N.C. 553 (2013)]

| | |
|---|---|
| THE TOWN OF SANDY CREEK,<br>Plaintiff,<br><br>v.<br><br>EAST COAST CONTRACTING, INC.,<br>MICHAEL D. HOBBS, ENGINEERING<br>SERVICES, PA, CHARLES DAVID<br>DICKERSON, TODD S. STEELE and<br>RLI INSURANCE COMPANY,<br>Defendants,<br><br>and<br><br>EAST COAST CONTRACTING, INC.,<br>Third-Party Plaintiff<br>v.<br>THE CITY OF NORTHWEST,<br>Third-Party Defendant. | BRUNSWICK COUNTY |

No. 48P13

ORDER

The third-party defendant's petition for discretionary review is allowed for the limited purpose of remanding to the Court of Appeals for reconsideration in accordance with this Court's decision in *Williams v. Pasquotank Co. Parks & Recreation Dep't,* —— N.C. ——, 732 S.E.2d 137 (2012). The third-party plaintiff's conditional petition for discretionary review is hereby dismissed.

By Order of this Court, this 7th day of March, 2013.

s/Beasley, J.
For the Court